UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PETER MAKHLOUF, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-838 |
| | § | |
| TAILORED BRANDS, INC., *et al*, | § § | |
| Defendants. | § | |

# FINAL JUDGMENT

On March 31, 2018, the Court issued an Opinion and Order granting Defendants' Motion to Dismiss Plaintiff's Amended Complaint for failure to state a claim. The Court gave Lead Plaintiff thirty days to amend its complaint to overcome the deficiencies stated in the Order. On April 30, 2018, Lead Plaintiff filed a notice of its intent not to further amend its Amended Complaint, which was dismissed by the Court. Accordingly, it is hereby

**ORDERED** that Plaintiff's case against Defendants is **DISMISSED**. The case is closed and each side shall pay its own costs of action.

**THIS IS A FINAL ORDER OF DISMISSAL.**

SIGNED at Houston, Texas, this 13th day of June, 2018.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE

1 / 1